# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FREDDY R. JACKSON, JR., | Case No. 2:19-cv-01627-GMN-DJA |
| Petitioner, | **ORDER** |
| v. | |
| ROBERT NEUSCHMID, | |
| Respondent. | |

Petitioner has submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has not paid the filing fee, nor has he filed an application to proceed <u>in forma pauperis</u>. However, the court will not act on that omission because petitioner commenced this action in the wrong court.

Petitioner is a prisoner at California State Prison, Solano, in Vacaville, California. He is challenging his custody under a judgment of conviction of the Superior Court of California, Riverside County. Petitioner alleges that prior convictions of the Eighth Judicial District Court of the State of Nevada, from 1980, affected his California sentence, but that he never committed those Nevada crimes. However, petitioner is not being held in Nevada, and he is not alleging that he is being held in California under a Nevada judgment of conviction. Instead, petitioner is alleging that Nevada convictions, the existence of which he disputes, has lengthened his California sentence. Under these circumstances, the correct venue is either the United States

1

District Court for the Eastern District of California or the United States District Court for the Central District of California. See 28 U.S.C. § 2241(d).

The court will transfer the action to the United States District Court for the Eastern District of California for petitioner's convenience, because that is where he is imprisoned. The court makes no statement whether that is the most convenient venue.

The court also makes no statement whether the petition is subject to procedural defenses, such as exhaustion, successiveness, timeliness, or procedural default.

IT THEREFORE IS ORDERED that the clerk of the court transfer this action to the United States District Court for the Eastern District of California, Sacramento Division, 501 I Street, Room 4-200, Sacramento, CA 95814.

IT FURTHER IS ORDERED that the clerk of the court administratively close this action.

DATED: September 17, 2019

_____
GLORIA M. NAVARRO
United States District Judge